United States District Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Khalid Mahmoud Mohamed Mohamed Ahmed, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. H-26-6981 |
| v. | § | |
| | § | |
| Markwayne Mullin, *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER**

Pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice filed on October 19, 2026, the above referenced case is hereby dismissed without prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 20 day of October, 2026.

[signature]

DAVID HITTNER
United States District Judge